```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DANIEL SILVA, et al.,                                       :
                                                            :
                            Plaintiffs,                     :
                                                            :            20-CV-4402 (VSB)
              -against-                                     :
                                                            :                ORDER
KINJO INC., et al.,                                         :
                                                            :
                            Defendants.                     :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/29/2020

VERNON S. BRODERICK, United States District Judge:

Plaintiffs filed this action on June 9, 2020, (Doc. 1), and filed an affidavits of service on September 3, 2020 on Defendants Adam Kim, Andy Lau, Dakota Petito, Gary Cheung, June Doe, Karen Ng, Raymond Doe, Sammy Doe, and Shirley Cheung, (Docs. 29–32, 34–35, 37–39). The deadline for Defendants to respond to Plaintiffs' complaint was September 4, 2020. (*See* Docs. 29–32, 34–35, 37–39.) To date, these defendants have not responded to the complaint. Plaintiffs, however, have taken no action to prosecute this case. Accordingly, if Plaintiffs intend to seek a default judgment they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than January 11, 2021. If Plaintiffs fail to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    December 29, 2020
          New York, New York

*[signature: Vernon Broderick]*
Vernon S. Broderick
United States District Judge