**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
DANIEL SILVA A.K.A. APOLINAR SILVA, FERNANDO TORNADO PEREZ, and MANUEL CRUZ, *individually and on behalf of others similarly situated*,

                    *Plaintiff*,

        -against-

KINJO INC. (D/B/A GUNBAE), ANDY LAU, SHIRLEY CHEUNG, GARY CHEUNG, KAREN NG, HYUNG RAE CHO, DAKOTA PETITO, SAMMY DOE, RAYMOND DOE, JUN DOE, and ADAM KIM,

                    *Defendants.*
---------------------------------------------------------X

**Docket No.: 20-cv-04402 (VSB)**

**PROPOSED JUDGMENT**

      WHEREAS, on or about May 5, 2021, Defendants KINJO INC. (d/b/a GUNBAE), ANDY LAU, SHIRLEY CHEUNG, GARY CHEUNG, KAREN NG, HYUNG RAE CHO, DAKOTA PETITO, SAMMY DOE, RAYMOND DOE, JUN DOE, and ADAM KIM ("Defendants"), extended to Plaintiffs, DANIEL SILVA a.k.a. APOLINAR SILVA, FERNANDO TORNADO PEREZ, and MANUEL CRUZ, and Party Plaintiff GUSTAVO PEREZ ("Plaintiffs"), an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of <u>Fifty Thousand Dollars and No Cents ($50,000.00)</u>, and whereas said Plaintiffs accepted said offer on or about May 6, 2021,

      JUDGMENT shall be entered in favor of Plaintiffs and against Defendants in the amount of <u>Fifty Thousand Dollars and No Cents ($50,000.00)</u>.

    Dated: New York, New York
           _____ , 2021

                                            _____
                                            HON. VERNON S. BRODERICK , U.S.D.J.